**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 25-cr-10331-PBS |
| | ) | |
| KARTIK BHATIA | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SELF-REPORT DATE**

The government respectfully opposes the defendant, Kartik Bhatia ("Bhatia")'s, Motion to Continue Self Report Date, filed at approximately 2:00 p.m. today (July 1, 2026), five days before he is ordered to self-report on July 6, 2026. Dkt. 40. On October 7, 2025, Bhatia pled guilty to an Information charging him with one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, and one count of false statements, in violation of 18 U.S.C. § 1001. On March 5, 2026, the Court sentenced Bhatia to 24 months' imprisonment. Dkt. 28. Over three months later, he still has not started to serve his sentence and now again seeks to delay it. The Court has already afforded Bhatia several opportunities to make medical and other arrangements before self-reporting, including two sentencing continuances and one continuance of his self-report date. No further continuances are necessary or appropriate, and the Court should deny the motion.

Following Bhatia's guilty plea on October 7, 2025, sentencing was initially scheduled for January 28, 2026. Dkt. 13. Two days before that was to occur, Bhatia moved to continue his sentencing in order to attend various medical appointments and in light of winter weather that would purportedly potentially affect his ability to travel from Chicago to Boston. Dkt. 17 (January 26, 2026 Motion to Continue Sentencing). The Court rescheduled sentencing to February 24,

2026.  Dkt. 20.  Approximately one week before sentencing, Bhatia requested a second continuance, purportedly based on his wife's work travel and childcare issues.  Dkt 23 (February 20, 2026 Motion).  The Court rescheduled sentencing to March 5, 2026, at which it imposed a sentence of 24 months' imprisonment and restitution in the amount of $1,029,618.58, and ordered Bhatia to self-report on May 6, 2026.  Dkt. 28.  Approximately three weeks before his self-report date, Bhatia moved to continue it for two months to permit him additional time to sell his business and residence and attend an additional medical appointment.  Dkt. 37 (April 13, 2026 Motion to Extend Self-Report Date to July 6, 2026).  The Court allowed the motion and rescheduled Bhatia's self-report date to July 6, 2026.  Dkt. 39.  Now, Bhatia again seeks to delay his self-report date, to attend two echocardiogram appointments and assist with the sale of his residence.  Dkt. 40.

Bhatia has had ample time to address his personal issues.  While the government is sympathetic to his medical issues, Bhatia's repeated attempts to delay his Court-ordered sentence must end.  He has cited no reason why the Bureau of Prisons cannot adequately address his medical issues;[1] indeed, BOP is well experienced in monitoring and caring for the full gamut of medical diseases and has various facilities equipped to do so.  His excuses are no longer credible, and the government objects to any further continuance of Bhatia's July 6, 2026 self-report date.

---

[1] Nor does Bhatia's Exhibit 1 to his motion (filed under seal) cite any specific reason why BOP will not be able to adequately handle his medical issues; rather, it simply sets forth various requirements that the author of Exhibit 1 views as necessary to care for Bhatia's condition.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Sarah B. Hoefle*
Sarah B. Hoefle
Lauren A. Graber
Assistant United States Attorneys

Dated: July 1, 2026

## Certificate of Service

I hereby certify that I served the foregoing document by ECF on July 1, 2026 to all counsel of record.

*/s/ Sarah B. Hoefle*
Sarah B. Hoefle
Assistant U.S. Attorney